# Teri L. Eklund

208 South College Dr.
Cheyenne, WY 82002
Wk. 307.777.7038
Cell 307.365.1824
teri.eklund@wyo.gov

## Experience

**April 2012 – Present**
**Wyoming Division of Criminal Investigations**
**Cheyenne, WY**
**Fingerprint Examiner**
- Evaluate, compare, register and verify fingerprint evidence.
- Maintain state fingerprint database by updating appropriate information.
- Search fingerprint evidence through the Automated Biometric Identification System (ABIS).
- Training with area law enforcement in the proper techniques of fingerprint capture and palm print capture.

**October 2007 – February 2010**
**San Diego Police Department**
**San Diego, CA**
**Latent Print Examiner Aide**
- Evaluate, compare, search, register and verify latent print evidence
- Maintain local latent print database by registering unsolved latent print evidence and deleting identified latent prints from the database
- Write procedures to assist other Examiners with the Automated Latent Print System
- Assist Examiners in locating difficult known fingerprint cards
- Assist with the clerical backlog as need due to staff shortages

**May 2001 – September 2007**
**San Diego County Sheriff's Department**
**San Diego, CA**
**Fingerprint Examiner, Regional Crime Laboratory** (October 2006 – Jan 2007)
- Examine and process physical evidence for print evidence using conventional and specialized methods.

**Fingerprint Examiner, Regional Crime Laboratory** (March 2006 – May 2007)
- Evaluate, compare, register and verify fingerprint evidence.
- Maintain local fingerprint database by updating appropriate information.
- Search fingerprint evidence through the Automated Fingerprint Identification System (AFIS).

**Fingerprint Examiner, Records and Identification Division**
(May 2001- Oct 2007)
- Evaluate, compare, register and verify fingerprint evidence.
- Maintain local fingerprint database by updating appropriate information.
- Search fingerprint evidence through the Automated Fingerprint Identification System (AFIS).
- Act as interim Vendor Liaison – working with technicians to identify and resolve issues with AFIS computers and fingerprint livescan computers.

**February 2002 – February 2003**
**San Diego Police Department, Crime Laboratory**
**San Diego, CA**
**Latent Print Intern**
- Assisted Latent Print Examiners with latent print analyses, comparisons, evaluations, and Automated Latent Print System (ALPS) searches.
- Assisted Examiners with entering latent prints on AFIX Tracker.
- Instructed Latent Print Examiners on the use of AFIS ARCHIVE.

**July 2001 – March 2002**
**San Diego Police Department, Crime Laboratory**
**1401 Broadway**
**San Diego, CA 92101**
**Forensic Specialist Intern**
- Examined and processed physical evidence for print evidence using conventional and specialized methods.
- Assisted Forensic Specialists with processing major crime scenes.

## Education

2001
Grossmont Community College
El Cajon, CA
**Associate of Science Degree in Forensic Technology**
**Certificate of Achievement, Administration of Justice/Forensic Technology**

## Specialized Training/Continuing Education

DATE/HOURS/SPONSOR/COURSE

| Date | Hours | Sponsor/Course |
|---|---|---|
| 2022 | 4 | ACE-V 101:  Basic Training in ACE-V Methodology, 106th International Association for Identification |
| 2022 | 3 | Advanced Tenprint Comparison Techniques, 106th International Association for Identification |
| 2022 | 3 | Understanding Bias & Error in Forensics, 106th International Association for Identification |
| 2022 | 24 | FBI CJIS, Face Comparison and Recognition |
| 2012 | 40 | Western Identification Network, Fingerprint Classification, Comparison and Identification |
| 2009 | 40 | Ron Smith & Associates, Essential Ridgeology Concepts |
| 2009 | 24 | Ron Smith & Associates, Advanced Palm Print Comparison Techniques |
| 2008 | 16 | Southern California Association of Fingerprint Officers Annual Training Seminar |
| 2008 | 32 | California State Division of the International Association |
| 2008 | 32 | Sacramento Regional Public Safety Training Center, Advanced Latent Fingerprint Identification and Comparison |
| 2007 | 16 | Southern California Association of Fingerprint Officers, Continual Education in Fingerprint Science |
| 2007 | 8 | International Association for Identification, 92nd International Educational Conference |
| 2006 | 128 | San Diego Regional Crime Laboratory, Latent Print Development |
| 2006 | 7.5 | California State Division of International Association for Identification, 90th Training Seminar |
| 2006 | 33 | San Diego Regional Crime Laboratory, Latent Print AFIS Entry |
| 2005 | 8 | NEC Solutions America, AFIS Internet Conference |
| 2004 | 16 | Southern California Association of Fingerprint Officers, |

- 2003    8    "Forensic Issues and the Future" California State Division of International Association for Identification, Palm Springs Conference
- 2002    4    San Diego Regional Crime Laboratory, *Daubert* Training with Pat Wertheim
- 2002    4    San Diego Regional Crime Laboratory, Update instruction on the AFIS21 system
- 2002    8    Southern California Association of Fingerprint Officers, Court Presentation of Fingerprint Evidence
- 2002    40    San Diego Regional Training Center, P.O.S.T. Records Clerk Course
- 2001    4    San Diego Police Department, Preparation of Courtroom Testimony
- 2001    4    San Diego Police Department, MAST: Arson Investigations
- 2001    24    California Department of Justice, Fingerprint Pattern Recognition
- 2000    16    Grossmont Community College, Bloodstain-Fluorescein Technique

## Professional Affiliations

International Association for Identification (2005)

Teri L. Eklund
Page *3* of *3*